UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KYLE OPALINSKI,

Plaintiff,

Case No. 26-cv-12707
Honorable Linda V. Parker

v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

Defendants.
_______________________________/

**OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

Plaintiff commenced this lawsuit against Defendants on August 5, 2026. Defendants thereafter filed a motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c). (ECF No. 27.) The matter has been assigned to Magistrate Judge David R. Grand for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).

During a telephonic status conference with Plaintiff and Defendants' counsel on October 28, 2026, it was agreed that Plaintiff would be allowed to file an amended complaint in an attempt to cure the deficiencies Defendants identified in

their motion. Therefore, on November 3, 2026, Magistrate Judge Grand issued a Report and Recommendation, recommending that the Court deny Defendants' motion as moot and without prejudice. (ECF No. 29.) At the conclusion of the R&R, Magistrate Judge Grand advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them. He further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id.*) Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Grand. The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Defendants' motion for judgment on the pleadings (ECF No. 27) is **DENIED AS MOOT AND WITHOUT PREJUDICE**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: November 18, 2026

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, November 18, 2026, by electronic and/or U.S. First Class mail.

s/R. Thieme
Case Manager